

CENTURY CI
JUN 24 2025
FOR MAILING
RECEIVED BY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Brent L. Wilson,

Inmate ID Number: #573473,

(*Write your full name and inmate ID number.*)

Case No.: 3:25cv890-MCR-ZCB
(*To be filled in by the Clerk's Office*)

v.

Ricky Dixon (Secretary)(FDOC),
R. Flores (Warden)(Century C.I.),
~~[scribbled out]~~,

Jury Trial Requested?
☒ YES  ☐ NO

(*Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.*)

FILED USDC FLND PN   JFJ
JUN 30 '25 AM10:47

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Brent L. Wilson   ID Number: 573473

List all other names by which you have been known: N/A

Current Institution: Century Correctional Institution

Address: 400 Tedder Rd., Century, Fl. 32535-3659

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: ~~State of Florida Department of Cor~~

   Official Position: ~~Bureau of Prisons~~

   Employed at: ~~State of Florida~~

   Mailing Address: ~~Box South 4th on St., Tallahassee, Fl. 32399-2500~~

   ☐ Sued in Individual Capacity    ~~☒ Sued in Official Capacity~~

2. Defendant's Name: Ricky Dixon

   Official Position: Secretary of the Dept. of Corrections

   Employed at: 501 South Calhoun St., Tallahassee,

   Mailing Address: Fl. 32399-2500

   ☐ Sued in Individual Capacity        ☒ Sued in Official Capacity

3. Defendant's Name: Mr. R. Flores

   Official Position: Warden at Century Correctional

   Employed at: Century C.I. for the State of Florida

   Mailing Address: 400 Tedder Rd., Century,
   Fl. 32535-3659

   ☒ Sued in Individual Capacity        ☒ Sued in Official Capacity

   (*Provide this information for all additional Defendants in this case by attaching additional pages, as needed.*)

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)    ☒ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee         ☐ Civilly Committed Detainee

☒ Convicted State Prisoner   ☐ Convicted Federal Prisoner

☐ Immigration Detainee       ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

(1). On March 21st, 2025 at approximately 2:15pm I was ordered to shave my beard and mustach by the Warden at Century C.I., Mr. R. Flores. (2) I tried in vain to advise Mr. Flores that I was is compliance with the rules and regulations of the institution, as well as the mandates set forth by the Florida Administrative Code governing the lenth of facial hair. I also provided the Warden with the information contained in Chapter 33-602.101(4) Florida Administrative Code, in the form of an informal grievance I previously submitted concerning this issue. The body of the grievance as well as the official response provided a copy, in pertinent part, of exactly the provisions of F.A.C. mandated concerning the lenth of facial hair. (3) I demonstrated the approximate

**Statement of Facts Continued** (Page 2 of 4)

measurement of how long a half an inch is, advising Mr. Flores that I do not need nor want a shave. Warden Flores exhibited no regard for my rights to indeed maintain a half inch beard, as held by U.S.S.C. years ago, as well as the rules and regulations of the Century. C.I inmate handbook; rule no. 25, or the Florida Administrative Code, which also governs employees and officials - namely the conduct of them, as well as the adherence to the mandates, provisions, and laws of the State of Florida, by his giving me an unlawful order to shave all of my facial hair off. After forcing me to violate my rights by this clean shave, I ask Mr. R. Flores, in as calm a tone I could, "How long is my facial hair now", to which he replied, that now I look like I'm supposed to look". I again

Statement of Facts Continued page 3 of 4.

asked Warden Flores how long did he think my beard is now - after being forced to shave, to which he replied, "Now it's about a half inch". This occured at the Century. C.I. centergate Guardhouse. ⑥ Worden Flores issued me an unlawful order, and with this order, the underlying consequence of being placed in solitary confinement, should I not comply with his command. ⑦ Worden R. Flores actions show a complete deliberate indifference for my RIGHTS, or for the rules governing his conduct as the Warden of this institution. Operating with impunity, Warden Flores has institutionally coined the phrase, "skin em", "everything but the eyebrows".

① As Secretary of The Florida Department of Corrections, Mr. Ricky Dixon knew, or should have known that Warden Flores as the leader of this, Century

Statement of Facts Continued: page 4 of 4.

Correctional Institution, is actively violating the rights of myself, as well as almost every other inmate currently housed at this institution. Mr. Ricky Dixon, accountable for the actions of the employees under his direct leadership, such as Wardens, Inspector General's, etc., is directly culpable to the violation of my right to grow and maintain my facial hair, by his duly appointed representative denying my grievances filed concerning this issue, and upholding the furtherance of these unconstitutional actions, please see the grievances that are attached to this action as required by the PLRA.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

The United States Supreme Court has ruled on this issue years ago, and Florida Dept. of Corrections amended their rules to be in line with the Courts decision. Mr. R. Flores and Mr. Ricky Dixon both violated my right to grow and maintain a 1/2 inch beard.

## VI. RELIEF REQUESTED (continued on next page)

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Page 1 of

In relief, I am seeking punitive damages. Mr. Ricky Dixon is being sued in his Official Capacity only. Warden R. Flores in both his individual and Official Capacities. One million per capacity,

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII. PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

## VI. RELIEF REQUESTED continued:
page 2 of 2.

per Defendant. Totaling 3 million dollars. The Defendents, Mr. Ricky Dixon and Mr. R. Flores, knowingly deprived me of this right, which, as my religion as a follower and believer in Yahweh, am I bound to keep my facial hair. Effectively taking my freedom of religion, breaching and then purposely denying the right to grow my facial hair. With callous indifference for how this might effect me. The punitive damages requested are well warranted.

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☒ YES  ☒̶ ̶N̶O̶

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date: <ins>July or Aug. 1996</ins> Case #: <ins>Don't know</ins>
   Court: <ins>I think it may have been this one.</ins>
   Reason: <ins>I could not comply with an Order due to crisis-stabilization.</ins>

2. Date: _____ Case #: _____
   Court: _____
   Reason: _____

3. Date: _____ Case #: _____
   Court: _____
   Reason: _____

(*If necessary, list additional cases on an attached page*)

B. Have you filed other lawsuits or appeals in *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES ☑ NO

If "Yes," identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1. Case #:_____Parties: _____

   Court:_____Judge:_____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

2. Case #:_____Parties: _____

   Court:_____Judge:_____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

(*If necessary, list additional cases on an attached page*)

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in *state or federal court* either challenging your conviction or relating to the conditions of your confinement?.

☑ YES ☐ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #: 2020 CF 3032  Parties: State of Florida ??
   Court: Leon County, FL.  Judge: Hon. Stephen Everitt
   Date Filed: 4-2-23  Dismissal Date (*if not pending*): 2/19/2025
   Reason: Correction of illegal sentence and time served

2. Case #: 1D2024-2704  Parties: _____
   Court: DCA 1st District  Judge: ???
   Date Filed: Notice on 10-17-24  Dismissal Date (*if not pending*): Pending
   Reason: Appeal of finding in evidentiary revocation

3. Case #: _____  Parties: _____
   Court: _____  Judge: _____
   Date Filed: _____  Dismissal Date (*if not pending*): _____
   Reason: _____

4. Case #: _____  Parties: _____
   Court: _____  Judge: _____
   Date Filed: _____  Dismissal Date (*if not pending*): _____
   Reason: _____

5. Case #: _____  Parties: _____
   Court: _____  Judge: _____
   Date Filed: _____  Dismissal Date (*if not pending*): _____
   Reason: _____

6. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

***(Attach additional pages as necessary to list all cases.)***

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: 6/20/2025   Plaintiff's Signature: Brent L. Wilson

Printed Name of Plaintiff: Brent L. Wilson

Correctional Institution: Century C.I.

Address: 400 Tedder Rd., Century, Fl. 32535

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☒ delivered to prison officials for mailing or ☐ deposited in the prison's mail system for mailing on the 6 day of 24, 2025**

Signature of Incarcerated Plaintiff: Brent L. Wilson #823473

Brent L. Wilson #523413
Century Correctional Institution
400 Tedder Rd.
Century, FL. 32535

Office of the CLERK ( Northern District
United States District Court ( Pensacola Division
One North Palafox Street
Pensacola, Fl 32535

CENTURY CI
JUN 24 202
FOR MAILING
RECEIVED BY

JUN 3 0 2025

LEGAL MAIL