**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**BRENT L. WILSON,**
    **Plaintiff,**

**vs.**                                **Case No.:  3:25-cv-890/MCR/ZCB**

**R. FLORES,**
    **Defendant.**
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on March 6, 2026. (Doc. 37).    The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (Doc. 37) is adopted and incorporated by reference in this order.

2.     Defendant's motion to dismiss (Doc. 33) is **GRANTED** and this case **DISMISSED without prejudice** for failure to exhaust administrative remedies under 42 U.S.C. § 1997e(a).

1

3.      The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 6th day of July 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**